Goss *v.* Rafalko, Appellant.

Argued April 27, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

622

*Joseph E. Gallagher,* with him *Raymond A. Talipski,* and *O'Malley, Morgan, Bour & Gallagher,* for appellant.

*John Barry Beemer,* with him *Beemer, Brier & Rinaldi,* for appellee.

Opinion Per Curiam, October 4, 1972:
Decree affirmed.   Costs on appellants.